UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mj-8386-RMM

UNITED STATES OF AMERICA

v.

RAMON QUIROZ-CLEMENTE,

Defendant.
_____/

FILED BY ___SP___ D.C.

Aug 30, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Susan Osb* [signature]

SUSAN OSBORNE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5500797
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:   (561) 820-8777
Email: Susan.Osborne@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>RAMON QUIROZ-CLEMENTE,<br><br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | RMM<br>Case No. 22-mj-8386-~~BER~~<br><br>FILED BY ____SP____ D.C.<br>**Aug 30, 2022**<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - West Palm Beach |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 30, 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 8/30/22

_____
*Judge's signature*

City and state: West Palm Beach, FL       Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ramon QUIROZ-CLEMENTE committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On August 30, 2022, in Palm Beach County, Florida, Ramon QUIROZ-CLEMENTE was detained by ICE for violation of administrative immigration law.

4. A review of the immigration records show that Ramon QUIROZ-CLEMENTE is a native and citizen of Mexico. Records further show that Ramon QUIROZ-CLEMENTE was voluntarily removed from the United States on five separate occasions, on or about the following dates: December 13, 1999, December 14, 1999, December 15, 1999, September 9, 2009, and August 20, 2013.

5. Thereafter, Ramon QUIROZ-CLEMENTE re-entered the United States illegally, and on or about October 22, 2013, was ordered removed. The Order of

Removal was executed on or about October 25, 2013, whereby Ramon QUIROZ-CLEMENTE was removed from the United States and returned to Mexico.

6. Thereafter, Ramon QUIROZ-CLEMENTE re-entered the United States illegally and was removed and returned to Mexico on five additional separate occasions, on or about the following dates: November 11, 2013, January 31, 2014, September 11, 2014, December 21, 2015, and January 10, 2016.

7. Records further show that on or about October 23, 2013, in the United States District Court, Southern District of Texas, Ramon QUIROZ-CLEMENTE was convicted of the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in case number 13-po-06695.

8. Further review of the records shows that on or about May 23, 2014, in the United States District Court, District of Arizona, Ramon QUIROZ-CLEMENTE was convicted of the offense of knowingly possessing an identification document which was not lawfully issued to the defendant with the intent that such document be used to defraud the United States, in case number 14-05897-001M-TUC-(EJM).

9. Ramon QUIROZ-CLEMENTE's fingerprints taken in connection with his August 30, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Ramon QUIROZ-CLEMENTE.

10. A record check was performed in the Computer Linked Application Informational Management System to determine if Ramon QUIROZ-CLEMENTE filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ramon QUIROZ-CLEMENTE obtained consent

from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

11.  Based on the foregoing, I submit that probable cause exists to believe that, on or about August 30, 2022, Ramon QUIROZ-CLEMENTE, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 30 day of August 2022.

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RAMON QUIROZ-CLEMENTE

**Case No**:  22-MJ-8386-RMM

Count #: 1

   Illegal re-entry after deportation

   Title 8, United States Code, Section 1326(a)
* **Max. Term of Imprisonment: up to 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: up to 1 year**
* **Max. Fine: $250,000 and a mandatory $100 special assessment**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.