**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 22-80142-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RAMON QUIROZ-CLEMENTE**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 16].  On October 11, 2022, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 8], and the Government orally summarized the factual basis for the plea on the record, including the essential elements of each offense.  Defendant acknowledged that the facts proffered by the Government were true. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 8].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 16] is **AFFIRMED AND ADOPTED**.

CASE NO. 22-80142-CR-CANNON

2. The guilty plea entered by Defendant Ramon Quiroz-Clemente as to Count One of the Indictment is **ACCEPTED**.

3. Defendant Ramon Quiroz-Clemente is adjudicated guilty as to Count One of the Indictment, which charges the defendant with illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a) [ECF No. 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of October 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record